UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **405 ARAPAHOE, LLC** | **CIVIL ACTION NO. 19-cv-486** |
| **VERSUS** | **JUDGE HICKS** |
| **MONTEREY RESOURCES, LLC ET AL.** | **MAG. JUDGE HORNSBY** |

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes the plaintiff and seizing creditor, 405 ARAPAHOE, LLC, which files this Corporate Disclosure Statement pursuant to the Court's request and Federal Rule of Civil Procedure 7.1 and Local Rule 5.6W, and in support of this Corporate Disclosure Statement respectfully represents as follows:

1.

405 Arapahoe, LLC, a Delaware limited liability company, is a non-governmental party.

2.

Arena Investors LP, a New York limited partnership, is the sole member of 405 Arapahoe, LLC, and is comprised of Arena Investors GP, LLC and Westaim Arena Holdings II, LLC.

3.

Westaim Arena Holdings II, LLC is the sole member of Arena Investors GP,

LLC.

4.

The Westaim Corporation of America is the sole member of Westaim Arena Holdings II, LLC.

5.

The Westaim Corporation of America is a citizen of Delaware, where it is incorporated, and New York, where its principle place of business is located.[1]

        Respectfully submitted,

        WIENER, WEISS & MADISON
        A Professional Corporation

        By:   */s/ R. Joseph Naus*
            R. Joseph Naus  (BR #17074)
            John M. Madison, Jr.  (BR #8836)
            Seth M. Moyers  (BR# 32607)
            Patrick L. McCune  (BR # 31863)
        330 Marshall Street, Suite 1000 (71101)
        P. O. Box 21990
        Shreveport, Louisiana  71120-1990
        318-226-9100
        318-424-5128, fax
        Email:  rjnaus@wwmlaw.com
        Email:  jmadison@wwmlaw.com
        Email:  smoyers@wwmlaw.com
        Email:  pmccune@wwmlaw.com

        ATTORNEYS FOR PLAINTIFF
        AND SEIZING CREDITOR,
        405 ARAPAHOE, LLC

---

[1] "[A] corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business."  28 U.S.C. § 1332(c)(1).